FRANKLIN A. DURKEE, Respondent, v. JAMES C. MARSH et al., Appellants.

(Argued May 21, 1873; decided June 3, 1873.)

*Amasa J. Parker* for the appellants.

*Orlow W. Chapman* for the respondent.

Agree to affirm. No opinion.
Judgment affirmed.